BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY F. WILSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>　　Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 3:16-cv-01971-WHO<br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE** |

　　　IT IS HEREBY STIPULATED, by and between [redacted] Wilson (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days respond to Plaintiff's motion for summary judgment (Docket Number 16).  The current deadline is November 14, 2016, and the new deadline would be December 12, 2016.  This is Defendant's first request for an extension of time and the second extension of time requested in the above-captioned matter.  Defendant requests this additional time due unanticipated leave and the undersigned workload, which includes 14 dispositive briefs in the month of November 2016.

STIPULATION & ORDER (CASE NO. 3:16-cv-01971-WHO)

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Date: November 10, 2016			Respectfully submitted,

						SACKETT AND ASSOCIATES

						By: /s/ *Harvey P. Sackett**
						HARVEY P. SACKETT
						(*As authorized by e-mail on November 10, 2016)
						Attorneys for Plaintiff

Date: November 10, 2016			BRIAN J. STRETCH
						United States Attorney


						By: /s/ *Sharon Lahey*
						SHARON LAHEY
						Special Assistant United States Attorney


### **ORDER**

    Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall respond to the Plaintiff's motion for summary judgment on or before December 12, 2016.  Any reply shall be due on or before December 26, 2016.

DATE:   November 14, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES MAGISTRATE JUDGE